**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Aracelis Santos

Debtor(s).

13

Bky No. 16-14406 ELF

**ORDER**

Upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount **$3,000.00** less **$1,445,00** already paid with a remaining balance of **$1,555.00** are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11 USC §(330)(4)(B)

Date:  3/8/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**