# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :   CHAPTER 13
Aracelis Santos                                    :
   Debtor                          :   BANKRUPTCY NO.: 16-14406-elf

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 5.   Admitted.

6-12.   Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that the Movant's Motion be denied.

                                            /s/ Erik B. Jensen
                                            Erik B. Jensen, Esquire.
                                            Attorney for Debtor

Date: March 27, 2017