# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-14406** |
| **Aracelis Santos** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **Wells Fargo Bank, N.A. successor by** : | **May 9, 2017 at 09:30 a.m.** |
| **merger to Wachovia Bank, N.A.** : | |
| **Movant,** : | **U.S. Bankruptcy Court** |
| **vs** : | **900 Market Street** |
| : | **Philadelphia, PA, 19107** |
| **Aracelis Santos** : | |
| : | |
| : | |
| **William C. Miller** : | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, N.A. has filed a Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, N.A. to foreclose on 819 E Allegheny Ave, Philadelphia, PA 19134 (First Mortgage).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 26, 2017, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

17-005555_MAR1

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on May 9, 2017 at 09:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: ___4/11/17_____

17-005555_MAR1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-14406** |
| **Aracelis Santos** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, N.A.** | : | **May 9, 2017 at 09:30 a.m.** |
| | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| **vs** | : | **900 Market Street** |
| | : | **Philadelphia, PA, 19107** |
| **Aracelis Santos** | : | |
| | : | |
| **William C. Miller** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, N.A. to foreclose on 819 E Allegheny Ave, Philadelphia, PA 19134 (First Mortgage) was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Erik B. Jensen, Attorney for Aracelis Santos, 1528 Walnut Street, Suite 1401, Philadelphia, PA 19102, john@erikjensenlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 11, 2017:

Aracelis Santos, 819 E Allegheny Avenue, 2nd Floor, Philadelphia, PA 19134

17-005555_MAR1

Aracelis Santos, 819 E Allegheny Ave, Philadelphia, PA 19134

Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT  59107

DATE:    4/11/17                

                          /s/ Kimberly A. Bonner
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-005555_MAR1