## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISCTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| Aracelis Santos | : | BANKRUPTCY NO.: 16-14406-elf |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

    Kindly withdraw docket number 54, Debtor's objection to Motion For Relief.

    ERIK B. JENSEN, P.C.

    BY: /s/Erik B. Jensen
    ERIK B. JENSEN, P.C
    1528 Walnut Street, Ste 1401
    Philadelphia, PA 19102
    Telephone: 215-546-4700

Date: June 2, 2017    Attorney for the Debtor