# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-14406** |
| **Aracelis Santos** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A. successor by** : | **May 9, 2017 at 09:30 a.m.** |
| **merger to Wachovia Bank, N.A.** : | |
| **Movant,** : | **U.S. Bankruptcy Court** |
| **vs** : | **900 Market Street** |
| : | **Philadelphia, PA, 19107** |
| **Aracelis Santos** : | |
| : | |
| **William C. Miller** : | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this  6th  day of         June        , 20 17 , upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), and the withdrawal of the response thereto, it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, N.A. in and to the Real Property of Debtor located at 819 E Allegheny Ave, Philadelphia, PA 19134 and more particularly described in the Mortgage, recorded June 12, 2009, at Instument Number 52076297.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

17-005555_RKS