# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13
                                                :
**Aracelis Santos**                             : Bankruptcy No. 16-14406-elf

## CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ERIK B. JENSEN, ESQUIRE

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the SUPPLEMENTAL APPLICATION FOR COMPENSATION has been served upon me, nor have any other APPLICATIONS FOR ADMINISTRATIVE EXPENSES.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

                                                Respectfully submitted,

DATE: June 15, 2017                             /s/ Erik B. Jensen, Esq
                                                Erik B. Jensen, P.C.
                                                Attorney for the Debtor
                                                1528 Walnut Street, Suite 1401
                                                Philadelphia, PA 19102
                                                215-546-4700