United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 16-14406-elf
Aracelis Santos                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jun 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db             +Aracelis Santos,    819 East Allegheny Avenue,    2nd Floor,    Philadelphia, PA 19134-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Aracelis  Santos john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series
               2007-1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Aracelis Santos

13

Bky No. 16-14406

Debtor(s).

**ORDER**

AND NOW, upon consideration o f the **SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Erik B. Jensen P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that supplemental compensation in the amount **$500.00** is **ALLOWED** for the post-confirmation period ending **May 18, 2017** and the supplemental compensation may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC §330)(4)(B)

Date: 6/21/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**