United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14406-elf
Aracelis Santos                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jun 22, 2017
                              Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
```
db         +Aracelis Santos,    819 East Allegheny Avenue,   2nd Floor,   Philadelphia, PA 19134-2401
cr         +NATIONSTAR MORTGAGE, LLC,   c/o Aldridge Pite LLP,   Fifteen Piedmont Center,
             3575 Piedmont Road, N.E.,   Suite 500,   Atlanta, GA 30305-1636
cr          Wells Fargo Bank N.A.,   1 Home Campus,   MAC X2303-01A,   Des Moines, IA  50328-0001
13819525   +Bank of America N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13747511    Chase Bank,   P.O. Box 15153,   Wilmington, DE 19886-5153
13747514   +Erik B. Jensen P.C.,   1528 Walnut Street,   Suite 1401,   Philadelphia, PA 19102-3610
13747516    Linebarger Goggan Blair & Sampson, LLP,   P.O. Box 90128,   Harisburg, PA 17109-0128
13747517  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
           (address filed with court: Nationstar Mortgage Ll,     350 Highland Dr,   Lewisville, TX 75067)
13757018   +Nationstar Mortgage, LLC,   c/o ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
13747521   +PGW,    800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13747522    Philadelphia Department of Revenue,   Municipal Services Building,   1401 J.F.K. Boulevard,
             Taxpayer Services - Public Services Conc,    Philadelphia, PA 19102
13747525   +Sears Credit Cards,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13773115   +Wells Fargo Bank,   Nationstar Mortgage LLC,   PO Box 619096,   Dallas TX 75261-9096
13747526   +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
13799299   +Wells Fargo Bank, N.A. Home Equity Group,   1 Home Campus   X2303-01A,
             Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:36    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2017 01:08:08    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13747510   +E-mail/Text: EBNProcessing@afni.com Jun 23 2017 01:07:58    Afni, Inc.,   Po Box 3097,
             Bloomington, IL 61702-3097
13747512    E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:36    City of Philadelphia,
             1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1595
13829541   +E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:36
             CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
             1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13747513   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 23 2017 01:08:50    Credit Coll,
             Po Box 9136,   Needham, MA 02494-9136
13747515   +E-mail/Text: cio.bncmail@irs.gov Jun 23 2017 01:07:23    IRS Department of the Treasury,
             600 Arch Street,   Room 5200,   Philadelphia, PA 19106-1611
13747518   +E-mail/PDF: cbp@onemainfinancial.com Jun 23 2017 01:05:30    Onemain Fi,   6801 Colwell Blvd,
             Irving, TX 75039-3198
13747519    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:52    PA Department of Revenue,
             Bankruptcy Division,   PO Boc 280946,   Harrisburg, PA 17128-0946
13747520   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:52    Pennsylvania Dept of Revenue,
             Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
13747523   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2017 01:12:03
             Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13747524   +E-mail/Text: bknotices@professionalcredit.com Jun 23 2017 01:08:05    Professional Credit Se,
             400 International Way,   Springfield, OR 97477-7002
13799817    E-mail/Text: bnc-quantum@quantum3group.com Jun 23 2017 01:07:27
             Quantum3 Group LLC as agent for,   Velocity Investments LLC,   PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
13750810*  +Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
             Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jun 22, 2017
                              Form ID: pdf900              Total Noticed: 28
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Aracelis  Santos john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series
               2007-1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ARACELIS SANTOS, | : | |
| Debtor | : | Bky. No.  16-14406 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #58 ) is **APPROVED**.

**Date: June 21, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**