# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Aracelis Santos<br>　　　　　　　　Debtor<br><br>Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1<br>　　　　　　　v.<br>Aracelis Santos<br>　　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 16-14406 ELF |

## ORDER

AND NOW, this 19th day of January, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 22, 2017 it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided 11 U.S.C. Section 362 is modified to allow Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4942 Front St Philadelphia, Pa 19121.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**