United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aracelis Santos  
       Debtor

Case No. 16-14406-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Jan 19, 2018  
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.  
db        +Aracelis Santos,   819 East Allegheny Avenue,   2nd Floor,   Philadelphia, PA 19134-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:  
        ERIK B. JENSEN    on behalf of Debtor Aracelis  Santos akeem@jensenbagnatolaw.com,  
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com  
        KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
        KEVIN G. MCDONALD    on behalf of Creditor    WELLS FARGO BANK, N.A. KMcDonald@blankrome.com  
        KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Aracelis Santos<br>　　　　　　　Debtor<br><br>Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1<br>　　　　　　　v.<br>Aracelis Santos<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 16-14406 ELF |

**ORDER**

AND NOW, this 19th day of January, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 22, 2017 it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided 11 U.S.C. Section 362 is modified to allow Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4942 Front St Philadelphia, Pa 19121.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**